IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DANA KIRL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:13-cv-1570 (AJT/TRJ) |
| | ) |
| TORRES ADVANCED ENTERPRISE | ) |
| SOLUTIONS, LLC, *et al.* | ) |
| | ) |
| Defendants. | ) |

## ORDER

Counsel for the plaintiff Dana Kirl and defendant Torres Advanced Enterprise Solutions, LLC ("Torres") appeared before the Court on Friday, January 30, 2015, to present argument on Defendant's Motion to Dismiss Plaintiff's Amended Complaint [Doc. No. 30]. Upon consideration of these motions, the memoranda in support and in opposition thereto, the argument presented by the plaintiff's counsel and the defendant's counsel, and for the reasons stated in open court, it is hereby

ORDERED that Defendant's Motion to Dismiss Plaintiff's Amended Complaint [Doc. No. 30] be, and the same hereby is, GRANTED; Counts I through IV of the First Amended Complaint [Doc. No. 26] are dismissed for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) and Counts IV, X and XI of the First Amended Complaint are dismissed for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6); it is further

ORDERED that Counts V through IX and Counts XII through XV of the First Amended Complaint are dismissed without prejudice, based on the Court's decision not to exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367(c)(3); it is further

ORDERED that the action be, and the same hereby is, DISMISSED.

The Clerk is directed to enter judgment in accordance with Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 30, 2015